DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO M. DIROGENE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1930

[January 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 2013CF011118AXXXMB.

Ricardo M. Dirogene, Moore Haven, pro se.

Ashley Moody, Attorney General, Tallahassee, and Lindsey A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***